IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

WILLIE SMITH,

    Plaintiff,

v.                                          CASE NO. 4:06cv166-RH/WCS

WARDEN MARTHA HUMPHRIES et al.,

    Defendants.

_____/

## ORDER OF DISMISSAL

This matter is before the court on the magistrate judge's report and recommendation (document 4), to which no objections have been filed. Upon consideration,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the opinion of the court. Plaintiff's motion to proceed *in forma pauperis* (document 2) is DENIED and the complaint (document 1) is DISMISSED WITHOUT PREJUDICE. The clerk shall enter judgment accordingly and close the file.

SO ORDERED this 26th day of May, 2006.

                                                    s/Robert L. Hinkle
                                                    Chief United States District Judge